IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CAMERON DYER,**

    **Plaintiff,**

**v.**                                            **Civil Action No. 3:24cv04**

**DEPARTMENT OF JUSTICE-FEDERAL
BUREAU OF PRISONS,**

    **Defendant.**

## MEMORANDUM OPINION

Cameron Dyer, a federal inmate proceeding *pro se* and *in forma pauperis*, filed a "Motion to Compel Production of [Freedom of Information Act] FOIA Materials Pursuant to Title 5 U.S.C. § 552 and 552a." ("FOIA Complaint," ECF No. 1.)[1] Mr. Dyer sought certain records and statistics from the Department of Justice and specifically from the Federal Bureau of Prisons ("BOP"). (ECF No. 1, at 2.) On September 13, 2024, Defendant filed a Motion to Dismiss, (ECF No. 19), indicating that the action should be dismissed as moot under Federal Rule of Civil Procedure 12(b)(1) because the "BOP has now issued a full response to Plaintiff's FOIA request." (ECF No. 20, at 6.)

Mr. Dyer has responded with a Motion Concurring with Defendant's Motion to Dismiss. (ECF No. 25.) Mr. Dyer agrees that "Defendant has answered the FOIA request that Plaintiff submitted, and thus has satisfied its obligation, albeit late. Plaintiff asks this Court to close the case and dismiss the action sought by him." (ECF No. 25.) Because the parties agree that the

---

[1] The Court employs the pagination assigned by the CM/ECF docketing system. The Court corrects the capitalization and punctuation in the quotations from the parties' submissions.

matter is now moot, the Motion to Dismiss, (ECF No. 19), and Motion Concurring with Defendant's Motion to Dismiss, (ECF No. 25), will be GRANTED, and the action will be DISMISSED AS MOOT.

Plaintiff has also filed Motion to Redact Information, (ECF No. 24), because Defendant uploaded documents that contain Defendant's social security number. (ECF No. 24, at 1.)[2] The Motion to Redact Information, (ECF No. 24), will be GRANTED. Within five (5) days of the date of hereof, Defendant is DIRECTED to redact the documents that contain Defendant's social security number and re-file the documents in their redacted form.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 10/28/2024
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge

---

[2] These documents were placed under seal by the Clerk. (*See* ECF No. 20-3 and 20-4.)